988 F.2d 1220
 Bolt (Richard A.), Richard A. Bolt, M.D., P.A.
v.
Halifax Hospital Medical Center, Daytona Community Hospital,
Ormond Beach Memorial Hospital, Humana, Inc., Volusia County
Medical Society, Inc., Roberson (Shed, M.D.), Smith (Alvin,
M.D.), Boye (Richard, M.D.), Stose (Willis, M.D.), Marino
(Ralph, M.D.), DeArmas (C.R., Jr., M.D.), Gillespy (Thurman,
Jr., M.D.)
 NO. 91-3562
 United States Court of Appeals,
Eleventh Circuit.
 Mar 19, 1993
 M.D.Fla., 980 F.2d 1381
 
 1
 DENIALS OF REHEARING EN BANC.